UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| ALGER B. COOTS,<br>                **Plaintiff,**<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>sued as Michael J. Astrue,<br><br>                **Defendant.** | Case No.  08-2197 |

## REPORT AND RECOMMENDATION

In October 2007, Administrative Law Judge (hereinafter "ALJ") Peter Caras denied Plaintiff Alger Coots Jr.'s applications for disability insurance benefits and supplemental security income. The ALJ found that Plaintiff was not disabled because he can perform a number of jobs that exist in significant numbers in the economy.

In August 2008, Plaintiff filed a Complaint for Judicial Review (#3) against Defendant Michael Astrue, Commissioner of Social Security, seeking review of the ALJ's decision to deny him social security benefits. In January 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#11). In April 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15).

After reviewing the record and parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment or Remand (#11) be denied. Consistent with the Court's reasoning in the Report and Recommendation denying motion (#11), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)** be **GRANTED**.

ENTER this 3rd day of September, 2009.

                                                        s/ DAVID G. BERNTHAL
                                                    U.S. MAGISTRATE JUDGE