## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **ALGER B. COOTS, JR.** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.            ) | Case No. 08-CV-2197 |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| of Social Security, ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Two Reports and Recommendations (#19, #20) were filed by Magistrate Judge David G. Bernthal on September 3, 2009.  On September 18, 2009, Plaintiff, Alger B. Coots, Jr., filed his Objections to the Magistrate Judge's Reports and Recommendations (#21).  Following this court's careful de novo review of Judge Bernthal's reasoning and Plaintiff's Objections, this court agrees with and accepts Judge Bernthal's Reports and Recommendations (#19, #20).

IT IS THEREFORE ORDERED THAT:

(1) Judge Bernthal's Reports and Recommendations (#19, #20) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment or Remand (#11) is DENIED.

(3) Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#15) is GRANTED.

(4) This case is terminated.

ENTERED this 22nd day of September, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE